# Court of Appeals
# of the State of Georgia

ATLANTA,  November 06, 2019

*The Court of Appeals hereby passes the following order:*

## A20E0010.  JOHNSON v. SREBRO.

Thomas Johnson has filed an "Emergency Petition for Writ of Mandamus" pursuant to OCGA § 15-6-8.

The petition has been considered and is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/06/2019*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*